IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 2 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ROBERT JAMES FOX § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 3-05-CV-0660-K |
| § | |
| COUNTY OF DALLAS, § | |
| ET AL. § | |
| § | |
| Defendant. § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The district clerk is ordered to unfile the complaint received on April 5, 2005.

2. The Clerk shall transmit a true copy of this Judgment and the Order adopting the Findings and Recommendation of the United States Magistrate Judge to plaintiff.

SIGNED this ___ day of _May_ 2005.

_____
UNITED STATES DISTRICT JUDGE
ED Kinkeade

# CLOSED

**CASE #** 3:05cv660-K

**DATE** 5 / 12 / 05

**TRIAL   YES___   NO ✓**